IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND OUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:24-cv-00026 |
| ) | |
| WESTERN EXPRESS, INC., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendant. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report (Doc. No. 9), which was filed on September 27, 2024, recommending that this action be dismissed without prejudice in accordance with Federal Rule of Civil Procedure 4(m) for failure to serve process. (Doc. No. 9). Plaintiff filed an objection, stating that he did not receive the Court's Order at Docket Entry No. 8 and requesting additional time serve Defendant. (Doc. No. 10). On October 28, 2024, the Court granted Plaintiff an additional 45 days to effect service of process on Defendant and directed the Clerk to mail Plaintiff a copy of the Order at Docket Entry No. 8. (Doc. No. 11).

As of the entry of this Order, Defendant remains unserved. Accordingly, the Report and Recommendation (Doc. No. 9) is adopted and approved, and this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE